ORDER

A petition for rehearing en banc was filed by the Cross-Appellant, and a response thereto was invited by the court and filed by the Appellant. The matter was referred first as petition for panel rehearing to the panel that heard the appeal, and thereafter the petition for rehearing en banc and response were referred to the circuit judges who were authorized to request a poll whether to rehear the appeal en banc[1]. A poll was requested, taken, and failed.
Upon consideration thereof,
IT IS ORDERED THAT:
(1) The petition for rehearing is deified.
(2) The petition for rehearing en banc is denied.
(8) The mandate of the court will issue on September 28, 2006.
*1336 NEWMAN, Circuit Judge, dissents in a separate opinion.
DYK, Circuit Judge, with whom GAJARSA, Circuit Judge, joins, concurs in the denial of the petition for rehearing en banc in a separate opinion.

. Circuit Judge Moore assumed office on September 8, 2006, after the voting deadline had expired in this matter.